Opinion issued July 10, 2003 









In The

Court of Appeals

For The

First District of Texas






NO. 01-02-01016-CV






CHARLES ALAN KNIGHT, Appellant


V.


JULIE ANN KNIGHT, Appellee






On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 99FD0854






OPINION ON REHEARING


 The Court today heard the appellant's motion for rehearing, and the same is
hereby granted. The appeal is dismissed as moot. 

 On February 17, 2003, the 306th Judicial District Court of Galveston County,
Texas found that all the parties reside in Harris County; therefore, it granted
appellant's motion to transfer venue to the Family District Court of Harris County,
Texas. Accordingly, our April 10, 2003 opinion was moot when it was issued. 

Conclusion

 It is ordered that appellant's motion for rehearing is granted. Any other
pending motions are denied. It is further ordered that this Court's former Judgment
of April 10, 2003, is vacated, set aside, and annulled, and this Court's opinion dated
April 10, 2003, is withdrawn. 

 The appeal is dismissed as moot. 


 Adele Hedges

 Justice



Panel consists of Justices Hedges, Jennings, and Alcala.